NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS P. CHOTTA,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2009-7135

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-11267, Judge Alan G. Lance, Sr.

---

## ORDER

The court considers whether the stay of briefing should be lifted.

This appeal was stayed pending disposition of *Snyder v. Shinseki,* 2009-7102.  On February 5, 2010, the court issued a decision in 2009-7102 affirming the decision of the United States Court of Appeals for Veterans Claims.

Upon consideration thereof,

It Is Ordered That:

The stay of briefing is lifted. Chotta's brief is due within 30 days of the date of filing of this order.

For The Court

SEP 1 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Steven M. Mager, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 13 2010

JAN HORBALY
CLERK